IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICROSTRATEGY INCORPORATED ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APTTUS CORPORATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:15-cv-00021-JAG <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT'S MOTION TO DISMISS

Defendant Apttus Corporation ("Apttus"), by counsel, respectfully moves this Court to dismiss the Complaint for Patent Infringement (Docket No. 1) ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in Defendant's Memorandum in Support of Motion to Dismiss, which is filed herewith.

Dated: February 20, 2015          Respectfully submitted,

  /s/ Veronica S. Ascarrunz

Veronica S. Ascarrunz (VSB No. 67913)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, N.W., Fifth Floor
Washington, DC 20006
Phone: 202.973.8812
Fax: 202.973.8899
vascarrunz@wsgr.com

*Counsel for Defendant Apttus Corporation*

-1-

## **CERTIFICATE OF SERVICE**

I certify that on February 20, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for MicroStrategy Incorporated:

Daniel R. Gopenko
Andrew Kopsidas
J. Wesley Samples
FISH & RICHARDSON, P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
gopenko@fr.com
kopsidas@fr.com
samples@fr.com

      /s/ Veronica S. Ascarrunz

Veronica S. Ascarrunz (VSB No. 67913)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, N.W., Fifth Floor
Washington, DC 20006
Phone: 202.973.8812
Fax: 202.973.8899
vascarrunz@wsgr.com

*Counsel for Defendant Apttus Corporation*